◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHNNIE R. TOWNSEND, Appellant. [833 NYS2d 901]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Collini, J.), rendered August 19, 2004, convicting him of burglary in the first degree and attempted robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant asserts that he was deprived of his constitutional right to present a defense when the court struck testimony concerning the victim's HIV status. However, for the reasons discussed in *People v Taylor*, 40 AD3d 782 [2007] [decided herewith]), any error was harmless beyond a reasonable doubt.

The defendant's remaining contentions are without merit. Ritter, J.P., Santucci, Balkin and McCarthy, JJ., concur.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN VASQUEZ, Appellant. [833 NYS2d 901]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Hinrichs, J.), rendered February 18, 2005, convicting him of assault in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Under the circumstances of this case, since the defendant pleaded guilty with the understanding that he would receive the sentence which was thereafter actually imposed, he has no basis to now complain that his sentence was excessive (*see People v Kazepis,* 101 AD2d 816 [1984]). Rivera, J.P., Spolzino, Fisher, Lifson and Dickerson, JJ., concur.